### BRATTLE, ADMINISTRATOR OF WILLIAM BRATTLE, v. CONVERSE.

Neither the distribution of an estate to heirs, nor the death of the administrator, is a bar to granting administration, de bonis non, to a creditor.

APPEAL from probate, stating that Josiah Converse late of Stafford, deceased, owed a debt to Wm. Brattle; that said Converse's estate has never been settled nor said debt paid; that there is no administrator or executor to whom to apply for payment of said debt, although there is a plentiful estate; and said Brattle moved said court to appoint an administrator.

The appellees reply — That said Josiah died in A. D. 1775; that his widow was appointed administratrix, who advertised the creditors and paid off all debts that appeared; that said William went off to the enemy in A. D. 1776 and his said debt was not exhibited; that the remainder of said estate has been divided out among the heirs by agreement, acknowledged

and recorded at the Court of Probate; since which said administratrix has died and no further administration ought to be granted. The Court of Probate refused to grant said motion.

Judgment — That the denial of the Court of Probate be disaffirmed: No cost was allowed upon the principle adopted in the case of Mary Sloan, New Haven, this circuit.